

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAY 0 8 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| 1) PAUL D. GREENE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-CV-217-MTS |
| 1) CORNERSTONE SERVICE CENTER, INC., d/b/a EXCELL HOME CARE AND HOSPICE and 2) THE PENNANT GROUP, INC., | ) **ATTORNEY'S LIEN CLAIMED** ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## COMPLAINT

**COMES NOW** Plaintiff, Paul D. Greene, and for this his claims and causes of action against Defendants, Cornerstone Service Center, Inc., d/b/a, Excell Home Care and Hospice and The Pennant Group, Inc., states as follows:

1. This court has jurisdiction of the parties and the subject of this cause of action by virtue of 28 U.S.C. § 1331.

2. At all times material hereto, Plaintiff had medical and psychological conditions protected by the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. §§12101, *et seq.* and Plaintiff was a veteran, protected by USERRA, 38 U.S.C. §§ 4301, *et seq.*

3. Plaintiff was employed with Defendants in 2021 - 2022 and fully capable of fulfilling his job duties, with or without accommodation.

4. During his employment with Defendants, Plaintiff was subjected to discrimination because of his disabilities acquired in the U.S. Armed Services, and endured a hostile work environment based thereon.

FWF/kes
\\FFH-VM-DC\Company\Clients\OPEN\Kathy\FWF\GREENE, Paul D. (24-2074)\complaint.wpd

fees paid
2 summons

5. Plaintiff also complained to Defendants that they were discriminating against other employees based on their race.

6. Ultimately, Defendants terminated Plaintiff's employment based on his prior service, these disabilities, and his complaints of illegal discrimination.

7. As a result, Plaintiff has lost wages, endured emotional distress and has been otherwise damaged.

8. Plaintiff timely filed charges with the U.S. Equal Opportunity Employment Commission and has received his notice of right to sue. This action timely commences.

**WHEREFORE**, premises considered, Plaintiff prays for judgment against the Defendants for actual and punitive damages in a sum of One Million Dollars ($1,000,000.00), attorney's fees, expert fees, and all costs of this action, injunctive relief, and any and all other relief to which he may be deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Frank W Frasier, OBA #17864
Steven R. Hickman, OBA #4172
Genevieve J. Hickman, OBA #35415
1700 Southwest Boulevard
Tulsa, OK 74107-1730
(918) 584-4724
(800) 522-4049
(918) 583-5637 *fax*
frasier@tulsa.com *e-mail*